**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE DANIEL CONTRERAS,               )<br>                                    )<br>            Petitioner,             )<br>                                    )<br>       v.                           )<br>                                    )<br>ROBERT HERNANDEZ (Warden),          )<br>                                    )<br>            Respondent.             )<br>_____) | No. EDCV 08-1326-AHS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: <u>November 7, 2008</u>.


                                            **ALICEMARIE H. STOTLER**
                                            ALICEMARIE H. STOTLER
                                  Chief United States District Judge